DARRYL P. RAINS (CA SBN 104802)
EUGENE ILLOVSKY (CA SBN 117892)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
*DRains@mofo.com*
*EIllovsky@mofo.com*

WARREN R. STERN (*pro hac vice* pending)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: 212.403.1000
Facsimile: 212.403.2000
*WRStern@wlrk.com*

Attorneys for Plaintiff and
Counterclaim Defendant Atmel Corporation

UNITD STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATMEL CORPORATION,<br>                Plaintiff,<br>   v.<br>GEORGE PERLEGOS and GUST PERLEGOS,<br>                Defendants. | Case No. C 07-01693 MHP<br><br>**STIPULATION REGARDING JOINT DISMISSAL** |
| GEORGE PERLEGOS,<br>                Counterclaimant,<br>   v.<br>ATMEL CORPORATION,<br>                Counterclaim Defendant. | |

WHEREAS, Plaintiff and Counterclaim Defendant Atmel Corporation brought this action on March 23, 2007, alleging various securities law violations and seeking relief with respect to proxy solicitations for a special shareholders meeting scheduled for May 18, 2007,

WHEREAS, on April 11, 2007, Defendants George and Gust Perlegos filed an Answer to the Complaint and Counterclaim Plaintiff George Perlegos filed a counterclaim against Atmel alleging various securities law violations and seeking relief with respect to proxy solicitations for the May 18, 2007 special shareholders meeting,

WHEREAS, the special shareholders meeting was held on May 18, 2007 as scheduled and the result of the vote held at that meeting, as certified by the Inspector of Elections, was that shareholders rejected George Perlegos' proposal to remove five members of Atmel's board of directors,

WHEREAS, Atmel has an annual meeting of shareholders scheduled for July 25, 2007, and George Perlegos has represented that he will not solicit proxies from Atmel shareholders for that meeting as to any issue, including the makeup of Atmel's board of directors, and that he will not attend, or have any representatives or delegates attend, that meeting, and Atmel enters into this Stipulation in reliance on those representations,

WHEREAS, Atmel desires to dismiss its claims against George and Gust Perlegos without prejudice in exchange for the dismissal without prejudice of each of their claims against Atmel; and

WHEREAS, upon the foregoing conditions, all parties respectfully ask the Court to execute and enter the Order of Dismissal attached hereto as Exhibit A;

IT IS HEREBY STIPULATED AND AGREED that:

1. The Complaint is dismissed without prejudice as to George Perlegos and Gust Perlegos;

2. The Counterclaim is dismissed without prejudice as to Atmel Corporation;

3. The Order of Dismissal should be entered forthwith; and

4. Each party shall bear its or his own fees and costs.

| | | |
|---|---|---|
| 1 | Dated: June 28, 2007 | MORRISON & FOERSTER LLP |
| 2 | | WACHTELL, LIPTON, ROSEN & KATZ |
| 3 | | |
| 4 | | By: _Darryl P. Rains by Olga Tkachenko_ |
| 5 | | Darryl P. Rains<br>Attorneys for Plaintiff and Counterclaim Defendant Atmel Corporation |
| 6 | Dated: June 28, 2007 | LATHAM & WATKINS LLP |
| 7 | | FARELLA BRAUN & MARTEL LLP |
| 8 | | |
| 9 | | By: _John L. Cooper_<br>John L. Cooper |
| 10 | | Attorneys for Defendant-Counterclaimant George Perlegos and Defendant Gust Perlegos |

STIPULATION REGARDING JOINT DISMISSAL
CASE NO. C-07-01693
wc-131018

3

# EXHIBIT A

| | |
|---|---|
| 1 | DARRYL P. RAINS (CA SBN 104802) |
| 2 | EUGENE ILLOVSKY (CA SBN 117892)<br>MORRISON & FOERSTER LLP |
| 3 | 755 Page Mill Road<br>Palo Alto, California 94304-1018 |
| 4 | Telephone: 650.813.5600<br>Facsimile: 650.494.0792 |
| 5 | *DRains@mofo.com*<br>*EIllovsky@mofo.com* |

WARREN R. STERN (*pro hac vice* pending)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: 212.403.1000
Facsimile: 212.403.2000
*WRStern@wlrk.com*

Attorneys for Plaintiff and
Counterclaim Defendant Atmel Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATMEL CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>GEORGE PERLEGOS and GUST PERLEGOS,<br><br>        Defendants. | Case No. C 07-01693 MHP<br><br>**[PROPOSED] ORDER OF DISMISSAL** |
| GEORGE PERLEGOS,<br><br>        Counterclaimant,<br><br>    v.<br><br>ATMEL CORPORATION,<br><br>        Counterclaim Defendant. | |

[PROPOSED] ORDER OF DISMISSAL
CASE NO. C-07-01693
pa-1177386

1  Pursuant to the stipulation by the parties, and for good cause shown,

2  IT IS HEREBY ORDERED THAT the above-captioned action, including the asserted

3  counterclaim, is hereby dismissed without prejudice under Federal Rule of Civil Procedure 41(a).

4  Each party is to bear its own costs and attorneys' fees.

5  IT IS SO ORDERED.

6  Dated this __ day of _____, 2007

                                                            MARILYN HALL PATEL
7                                                       United States District Judge