1  DARRYL P. RAINS (CA SBN 104802)
   EUGENE ILLOVSKY (CA SBN 117892)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   *DRains@mofo.com*
5  *EIllovsky@mofo.com*

6  WARREN R. STERN (*pro hac vice* pending)
   WACHTELL, LIPTON, ROSEN & KATZ
7  51 West 52nd Street
   New York, NY 10019
8  Telephone: 212.403.1000
   Facsimile: 212.403.2000
9  *WRStern@wlrk.com*

10 Attorneys for Plaintiff and
   Counterclaim Defendant Atmel Corporation
11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16  ATMEL CORPORATION, | Case No. C 07-01693 MHP |
| 17         Plaintiff, | [PROPOSED] ORDER OF DISMISSAL |
| 18     v. | |
| 19  GEORGE PERLEGOS and GUST PERLEGOS, | |
| 20         Defendants. | |
| 21  GEORGE PERLEGOS, | |
| 22         Counterclaimant, | |
| 23     v. | |
| 24  ATMEL CORPORATION, | |
| 25         Counterclaim Defendant. | |

26
27
28

[PROPOSED] ORDER OF DISMISSAL
CASE NO. C-07-01693
pa-1177386

1     Pursuant to the stipulation by the parties, and for good cause shown,

2     IT IS HEREBY ORDERED THAT the above-captioned action, including the asserted

3 counterclaim, is hereby dismissed without prejudice under Federal Rule of Civil Procedure 41(a).

4 Each party is to bear its own costs and attorneys' fees.

5     IT IS SO ORDERED.

6 Dated this ___ day of _July_, 2007

                                              MARILYN HALL PATEL
                                              United States District Judge